STAY LIFTED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY CASTILLO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No.: CV 20-9367-DMG (AGRx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE [44]** |

　　The Court, having reviewed the Parties' Stipulation of Dismissal Without Prejudice, and good cause appearing, hereby **APPROVES** the Stipulation and **ORDERS** that the above-captioned action be dismissed in its entirety, without prejudice, with each party to bear its own attorneys' fees and costs. The stay in this action is LIFTED.

**IT IS SO ORDERED.**

DATED: February 4, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE